**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ALBERT E. NORTON, JR.,**

        **Plaintiff,**                **CIVIL ACTION NO. 04-CV-40376-DT**

    **vs.**                      **DISTRICT JUDGE PAUL V. GADOLA**

**HAMILTON BEACH/PROCTOR-**        **MAGISTRATE JUDGE MONA K. MAJZOUB**
**SILEX, INC.,**

        **Defendant.**

_____/

### ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY

Before the Court is Defendant's Motion to Compel Discovery, filed on July 6, 2005 and referred to the undersigned for hearing and determination pursuant to 28 U.S.C. 636 (B)(1)(A) on July 11, 2005 by the Honorable Paul V. Gadola.   Plaintiff filed a written response on August 2, 2005.  This matter having been set for hearing before this Honorable Court on August 31, 2005, and both parties having been represented by counsel, and the Court being otherwise fully advised in the premises:

    **NOW, THEREFORE, IT IS HEREBY ORDERED** that pursuant to the discussion held on the record in open Court at the time of the hearing, Plaintiff shall have until **September 15, 2005** to fully and completely answer Defendant's First Set of Interrogatories and Requests for Production of Documents and Things dated May 19, 2005.

    **IT IS SO ORDERED.**

    Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

DATED: 09/01/05                    s/ Mona K. Majzoub_____
                                MONA K. MAJZOUB
                                UNITED STATES MAGISTRATE JUDGE

**Proof of Service**

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: 09/01/05                                s/ Lisa C. Bartlett
                                               Courtroom Deputy